IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01712-REB

JOHN GERALD TRUJILLO,

    Applicant,

v.

PAM PLOUGH, Warden, CTCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

    It is ORDERED that the Clerk of the Court for the District Court of Jefferson County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in *People v. Gerald John Trujillo*, Jefferson County District Court, **Case No. 00CR2531**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before August 23, 2010.**

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the Jefferson County District Court, by facsimile to (303)

271-6188 and by regular mail to Clerk of the Court, Jefferson County District Court, 100 Jefferson County Parkway, Golden, CO 80401.

DATED at Denver, Colorado, July 23, 2010.

BY THE COURT:

Robert E. Blackburn
United States District Judge