**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-01712-REB

JOHN GERALD TRUJILLO,

     Applicant,

v.

PAM PLOUGHE, Warden, CTCF, and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Defendants.

---

## ORDER ON MOTIONS TO RECONSIDER

---

**Blackburn, J.**

     This matter is before me on the following: (1) the respondents' **Motion for Reconsideration** [#19] field January 14, 2010; and (2) the **Petitioner's Amended Motion for Reconsideration** [#22] filed January 27, 2010. I deny both motions.

     Both the respondents and the applicant ask me to reconsider the court's **Order To Draw in Part and To Dismiss in Part** [#18] filed January 13, 2010.

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). In this case, I conclude that none of these grounds has been circumstantiated in either of the motions.

**THEREFORE, IT IS ORDERED** as follows:

1. That the respondents' **Motion for Reconsideration** [#19] field January 14, 2010, is **DENIED**; and

2. That the **Petitioner's Amended Motion for Reconsideration** [#22] filed January 27, 2010, is **DENIED**.

Dated September 10, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge