**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-01712-REB

JOHN GERALD TRUJILLO,

    Applicant,

v.

PAM PLOUGHE, Warden, CTCF, and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**[1]

---

    The **Petitioner's Motion To Hold Respondents in Contempt of Court For Failure To Comply With a Court Order** [#37] filed March 16, 2011, is **DENIED**. The operative application in this case is the applicant's **Amended Application For a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#8], which supplanted and replaced the original **Application For a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#2]. The respondent's **Answer To Application For Writ of Habeas Corpus** [#36] addresses, appropriately, the amended application [#8]. There is no basis on which to hold the respondents in contempt based on the fact they address the amended application [#8] in their answer.

    **IT IS FURTHER ORDERED** as follows:

    1. That the applicant's **Request For Extension of Time To File Traverse To U.S. District Court** [#39] filed March 23, 2011, is **DENIED**;

    2. That the applicant's request [#38] filed March 23, 2011, is **GRANTED** on the terms stated in this minute order; and

    3. That the Clerk of the Court shall send to the applicant a copy of the court's **Order on Motions To Reconsider** [#28] entered September 10, 2010.

    Dated: March 24, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.