**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Robert E. Blackburn**

Civil Action No. 09-cv-01712-REB

JOHN GERALD TRUJILLO,

    Applicant,

v.

PAM PLOUGHE, Warden, CTCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER DIRECTING RESPONDENTS TO PROVIDE
REMAINING PORTIONS OF STATE COURT RECORD**

---

On July 23, 2010, I directed the Clerk of the Court for the District Court of Jefferson County, Colorado, as the lawful custodian of the records, to forward the flat file and **transcripts for all proceedings in the trial court and in the appellate court** in *People v. Trujillo*, Jefferson County District Court, Case No. 00CR2531.

On August 3, 2010, the clerk of this court received two bound volumes and three sealed envelopes. On examination of the box in which the volumes and envelopes that were submitted to this court, no transcripts were found. Accordingly, it is

ORDERED that within ten days from the date of this order that the Respondents shall file with the clerk of this court, in electronic format if available, a copy of the complete record of Mr. Trujillo's state court proceedings in Case No 00CR2531, including all documents in the state court file and transcripts of all proceedings

conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the clerk of this court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Jefferson County District Court
            100 Jefferson County Parkway
            Golden, Colorado 80401;

    (2)    Assistant Solicitor General
            Appellate Division
            Office of the Attorney General
            1525 Sherman Street
            Denver, Colorado  80203; and

    (3)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500.

Dated April 21, 2011, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge